# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

FACSIMILE

150 East 42nd Street　　　　　　　　　　　　　　　　Telephone #: 212.490.3000
New York, NY 10017-5639　　　　　　　　　　　　　Facsimile #: 212.490.3038

The following facsimile has page(s) including this cover page. If you have any difficulty, or if the transmission was incomplete, please advise: .

| From: | Richard E. Lerner | Date: | February 21, 2012 |
|---|---|---|---|
| Attorney #: | 1366 | File #: | 07765.00155 |
| Re: | Roe v. US v. Doe (10-2905, 11-479-CR /US v. Doe (98-CR-1101) | | |

| Recipient | Company | Fax No. | Phone No. |
|---|---|---|---|
| Hon. Brian Cogan | USDC/EDNY | (718) 613-2236 | |

cc:　　via email to
　　　　Todd Kaminsky
　　　　Nader Mobargha

Dear Judge Cogan:

　　　　We have yet to receive an order from you vacating the order to show cause that was issued without adherence to the Eastern District's rules or any response indicating you denied our assertion that you lacked the jurisdiction to sign the order to show cause and thus to implement any of it.

　　　　We will not submit a merits response (opposition) to Mr. Doe's papers until after you rule on our motion to quash or vacate the order to show cause that was improperly issued and in particular resolve the issue of jurisdiction. We reserve our right to raise all defenses, and call all witnesses we wish, and reserve our right to demand a jury trial, after the court rules on our motion to quash. Additionally, we will not respond to anything until the contempt proceeding is publicly docketed under its own docket number. In any event, we refer the court to all of the arguments that we made previously, the last time Mr. Doe's counsel tried this stunt, of making a motion for contempt without any basis whatsoever.

　　　　We take this position out of self-protection and because we specifically stated and continue and maintain that we had the right to, and did, respond or appear solely in and as a "special appearance" to contest jurisdiction and so cannot be compelled to or sanctioned for not

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us via postal service. Thank you.

Albany • Baltimore • Boston • Chicago • Dallas • Denver • Garden City • Houston • Las Vegas • London • Los Angeles
Louisville • McLean • Miami • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford
Washington DC • West Palm Beach • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris

4938494v.1

Fax to Judge Cogan
February 21, 2012

responding generally, merits or otherwise, and by so doing held to have conceded jurisdiction.

Please note that we continue to object to this being treated as "under seal," and demand that it be docketed forthwith.

With all respect we suggest the court familiarize itself with *In re Oliver*, 333 US 257 (1948), in which the Supreme Court said that they could find no evidence of a secret criminal trial in all of American History, and before that since no later than 1641 and the abolition of the Star Chamber.

While it is obvious they never thought to look in the Eastern District, we have, and do not propose to enter history as participating in a Twenty-First Century Star Chamber.

                                          Very truly yours,

                                          /s/

                                          Richard E. Lerner

4938494v.1