# UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

------------------------------------x

United States,

                  Plaintiff,                             Docket No.:

     - against -                                 98-CR-1101 (ILG)

"John Doe",

                  Defendant.

------------------------------------x

## SUBPOENA TO APPEAR AND TESTIFY
## AT A HEARING OR TRIAL

To: **Walter Saurack**
      Satterlee, Stephens, Burke & Burke LLP
      230 Park Ave # 1130
      New York, NY 10169

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place set forth below to testify at a hearing or trial in this civil action. When you arrive, you must remain at the court until the judge or a court officer allows you to leave. If you are an organization that is *not* a party in this case, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:

**How you learned the true identity of "Richard Roe" in these proceedings, and all persons to whom you told of "Richard Roe's" true identity.**

| Place: | **Eastern District of New York**<br>225 Cadman Plaza East<br>Brooklyn, New York 11201 | Courtroom: | Magistrate Brian M. Cogan<br>Room 8D, South<br>Date and Time: April 16, 2012 at 4:30 p.m. (or such other time as directed by the court). |
|---|---|---|---|

You must also bring with you the following documents, electronically stored information, or objects *(if blank then not applicable)*:

The provisions of Fed. R. Crim. P. 17, relating to your protection as a person subject to a subpoena, to your duty to respond to this subpoena and the potential consequences of not doing so, are attached.

Date: March 12, 2012

_____
Coleen Friel Middleton

The name, address, e-mail, and telephone number of the attorney representing non-party Richard E. Lerner, who issues or requests this subpoena, are:

Coleen Friel Middleton, Esq.
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
150 East 42nd Street, New York, New York 10017
(212) 490-3000
Coleen.Middleton@WilsonElser.com

4963880v.1