# FAX COVER SHEET

| TO | Hon. Brian Cogan |
|---|---|
| COMPANY | U.S. District Judge |
| FAX NUMBER | 17186132236 |
| FROM | Frederick Oberlander |
| DATE | 2012-03-13 04:00:45 GMT |
| RE | In Re Order to Show Cause, 98-CR-1101 |

## COVER MESSAGE

Please see attached letter. Thank you.

WWW.EFAX.COM

# LAW OFFICE OF FREDERICK M. OBERLANDER

FREDERICK M. OBERLANDER
ATTORNEY-AT-LAW

fred55@aol.com

28 SYCAMORE LANE (PO BOX 1870)
MONTAUK, NEW YORK 11954
TELEPHONE 212.826.0357
FAX 212.202.7624

March 12, 2012

**VIA FAX TO 718-613-2236**

Hon. Brian M. Cogan
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Order to Show Cause and Related Contempt Proceedings (if any) in US v. Doe v. Roe, 98-CR-1101*

Dear Judge Cogan:

As a courtesy to the court, and for the avoidance of ambiguity, please take note that since Richard Lerner has not at this time withdrawn as attorney of record, nor substitution yet been made; and Wilson Elser has this date filed a certain four judicial documents, which are a Jury Demand, an Opposition to Motion for Contempt, a Memorandum in Support of such opposition, and notices of subpoenae *duces tecum et ad testificandum*, I join in all four judicial documents and in particular I join in all legal arguments, factual recitations and allegations, and relief requested therein, including without limitation all demands made therein, such as for jury trial and otherwise full criminal due process).

I do so with the understanding I am most assuredly not *pro se*, do not by this waive any rights as to choice of counsel, and insofar as I noticed the court on March 5, 2012 that it would take at least 2 to 3 weeks to secure any new counsel for this matter, I reserve the right, through any such counsel, to modify or withdraw the above joinder at any time.

Insofar as the particular hearings were noted as open, I do not file this under seal, but by facsimile.

Thank you.

Sincerely yours,

Frederick M. Oberlander
Attorney-at-Law

cc: counsels