# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 East 42nd Street, New York, NY 10017
Tel: 212.490-3000   Fax: 212.490.3038

*Albany • Baltimore • Boston • Chicago • Dallas • Denver • Garden City • Houston • Las Vegas • London • Los Angeles • Louisville • McLean
Miami • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • West Palm Beach • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris*

www.wilsonelser.com

*FILED UNDER SEAL, OVER OBJECTION*

July 18, 2012

**BY FACSIMILE (718) 613-2236**
The Honorable Brian M. Cogan
United States District Judge for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11202

Re:   United States v. John Doe, 98 CR 1101

Dear Judge Cogan:

I am writing to seek clarification regarding a procedural issue in the above-referenced matter.

On July 10, 2012, "John Doe" filed a letter brief as a "supplement" to his application for an Order to Show Cause filed on February 10, 2012. The letter details alleged further illegal disclosures made by "Richard Roe" and Richard E. Lerner, Esq. with regard to the media, specifically The Miami Herald.

We seek clarification as to whether this Court will consider the July 10 letter in deciding the application for an Order to Show Cause. If so, we respectfully request permission to file a brief in response to the July 10 letter.

This letter is not being filed as an ECF letter, as required by your Honor's Individual Practices. The reason is that the entire docket, as the Court is aware, remains under seal. Accordingly, we ask that this letter be filed under seal, over objection.

Very truly yours,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

*Coleen Friel Middleton*
Coleen Friel Middleton

cc:   Evan Norris, Esq. (by facsimile)
      Frederick M. Oberlander (by facsimile)
      Nader Mobargha, Esq. (by facsimile)

4071052.1