UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
UNITED STATES OF AMERICA,                                    :    **ORDER**
                                                             :
                            Plaintiff,          :    98 Cr. 1101 (ILG) (BMC)
                                                             :
            - against -                                :
                                                             :
JOHN DOE,                                                    :
                                                             :
                            Defendant.          :
                                                             :
------------------------------------------------------------ X

By Order dated March 30, 2012, I granted in part and denied in part Richard Roe's request for an adjournment of these contempt proceedings so that he may oppose his counsel Richard Lerner's motion to withdraw. I gave Roe until April 16, 2012 to oppose the motion, and adjourned the evidentiary hearing on Roe and Lerner's alleged civil contempt to May 4, 2012 at 10:00 a.m. On April 6, 2012, Roe's new counsel requested a one-week extension of both dates as a result of the Easter and Passover holidays. However, he failed to recognize the instruction in my March 30, 2012 Order that John Doe, the movant in these contempt proceedings, must be copied on any future filings. Roe's request is therefore DENIED. I will consider a future request for an extension or for an adjournment only after Roe has conferred with Doe and determined whether Doe consents.

**SO ORDERED.**

                                                                                     s/ BMC
                                                                          U.S.D.J.

Dated: Brooklyn, New York
         April 9, 2012