*The Law Offices of*

# *Arnold E. DiJoseph, P.C.*

*50 Broadway*
*Suite 1601*
*New York, New York 10004*
*212.344.7000*
*fax 212.344.7878*
*www.adjlaw.com*

April 10, 2012

**VIA FACSIMILE 718-613-2236**
Honorable Brian J. Cogan
U.S District Court Eastern District
225 Cadman Plaza East Room 717S
Brooklyn, New York 11201

Request granted in part and denied in part. Roe may have until April 23, 2012 to oppose Lerner's motion to withdraw. The evidentiary hearing remains scheduled for May 4, 2012 at 10 a.m.

Re: USA v. Doe
98CR-01101 (BMC)
98CR- 1101 (JLG)

4/11/12

**So Ordered:** _____  •  s/ BMC

**Brian M.. Cogan**
**U.S. District Judge**

Dear Judge Cogan:

As you know, I have been retained by non-party respondent Richard Roe, in the above matter for the sole purpose of representing him in a motion currently pending before this Court for his current attorney, to withdraw in the above matter.

On March 30, 2012, your Honor issued an order extended my time to file opposition papers to April 16, 2012 and adjourn the motion to May 4, 2012.

At this time I am requesting my time to submit my opposition papers be extended one week until April 23, 2012 and the motion be adjourned accordingly.

The reason for this request is both the Easter and Passover Holidays and that I forgot my children are off from school next week and I, as a single parent, did have plans with them two days during the week.

I have attempted to contact the moving party's attorney Coleen Friel Middleton but she has not been in the office and has not returned my calls, but, she did previously consent to the adjournment I requested.

I have made contact with the U.S. Attorney's Office and spoke to Evan Norris who consented to this adjournment.

*Staten Island Office – 108 Main Street, Staten Island, New York 10307 – 718.984.8902 – fax 718.984.8982*

I spoke to Michael Beys attorney for John Doe who has also consented to this adjournment.

Your attention to this matter is appreciated, please feel free to contact me for any reason. Thanking you, I remain,

Very truly yours,
Arnold E. DiJoseph, P.C.,

Arnold E. DiJoseph

cc:

Via Facsimile: 718-254-6076
Evan M. Norris, Esq
Lisa Kramer, Esq.
United States Attorney Eastern
District of New York
271 Cadman Plaza East
Brooklyn, New York 11201

Via Facsimile: 212-490-3038
Coleen Friel Middleton, Esq.
Wilson, Elser, Moskowitz & Dicker, LLP
150 East 42nd Street
New York, NY 10017-5639

Via Facsimile: 646-755-3599
Michael Beys
Beys, Stein, & Mobargha, LLP
405 Lexington Avenue, 7th Floor
New York, New York 10174

*Arnold E. DiJoseph, P.C.*