UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
JOHN DOE,

                      Petitioner,

      - against -

RICHARD ROE, et al.,

                    Respondents.
----------------------------------------------------------- X

**ORDER TO UNSEAL CASE ONLY TO CASE PARTICIPANTS**

12-mc-0557 (BMC)

The Clerk of Court is hereby directed to:

(1) Seal the docket sheet, all docket entries, and documents filed to date, including the instant order, based on the risk to John Doe previously articulated in the proceedings under 98-cr-1101;

(2) Upon completion of no. 1 above, unseal this case and change the case restriction to case participants.

Going forward, all filings concerning the civil contempt proceedings commenced by John Doe on February 10, 2012, shall be filed via ECF under this docket number. If assistance is needed in filing in this manner, please contact the Clerk's Office at (718) 613-2332 or (718) 613-2331.

**SO ORDERED.**

                                                        s/ BMC
                                                        U.S.D.J.

Dated: Brooklyn, New York
        September 4, 2012