UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

JOHN DOE,                                          :
                                                   :
                              Petitioner,          :      **ORDER**
                                                   :
                  - against -                      :      12-mc-0557 (BMC)
                                                   :
RICHARD ROE, et al.,                               :
                                                   :
                              Respondents.         :
                                                   :
------------------------------------------------------------ X

On August 22, 2012, a sealed miscellaneous docket bearing the number 12-mc-0557 was

created for the civil contempt proceedings commenced by John Doe against Richard Roe and

Richard Lerner. By Order dated September 4, 2012, the docket sheet and all documents filed

within were opened up solely to case participants. Any objection to the unsealing of the docket

sheet shall be filed with the Court via ECF, under the above docket number, by September 11,

2012. The objection or objections, if any, shall describe what information should remained

sealed, and why such sealing complies with the dictates of Hartford Courant Co. v. Pellegrino,

380 F.3d 83 (2d Cir. 2004).

**SO ORDERED.**

                                          s/ BMC
                              _____
                                          U.S.D.J.

Dated: Brooklyn, New York
       September 4, 2012