UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

JOHN DOE,

                    Petitioner,      **AMENDED ORDER**

      - against -                 12-mc-0557 (BMC)

RICHARD ROE, et al.,

                    Respondents.

-------------------------------------------------------------- X

        On August 22, 2012, a sealed miscellaneous docket bearing the number 12-mc-0557 was created for the civil contempt proceedings commenced by John Doe against Richard Roe and Richard Lerner. By Order dated September 4, 2012, the docket sheet and all documents filed within were opened up solely to case participants. Any objection to the unsealing of the docket sheet shall be filed with the Court via ECF, under the above docket number, by September 18, 2012. The objection or objections, if any, shall describe what information should remained sealed, and why such sealing complies with the dictates of <u>Hartford Courant Co. v. Pellegrino</u>, 380 F.3d 83 (2d Cir. 2004).

**SO ORDERED.**

                                                                         _____
                                                                             U.S.D.J.

Dated: Brooklyn, New York
         September 11, 2012