# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

## FACSIMILE

150 East 42nd Street                                    Telephone No.: 212-490-3000
New York, New York  10017-5639                          Facsimile No.: 212-490-3038

---

The following facsimile has  2  pages, including this cover page.

If you have any difficulty, or if the transmission was incomplete, please advise.

---

| | |
|---|---|
| Date: | September 12, 2012 |
| From: | Coleen Friel Middleton          Extension 5748 |
| Attorney No.: | 8039 |
| File No.: | 99901.00238 |
| Re: | United States v. John Doe, 98 CR 1101 |

---

To:  The Honorable Brian M. Cogan
United States District Judge for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11202

Fax No.  :  718-613-2236

This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, and return the original message to us via postal service. Thank you.

Albany • Baltimore • Boston • Chicago • Dallas • Denver • Garden City • Houston • Las Vegas • London • Los Angeles
Louisville • McLean • Miami • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford
Washington DC • West Palm Beach • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris

5196997v.1

# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 East 42nd Street, New York, New York 10017
Tel: 212.490-3000   Fax: 212.490.3038

Albany • Baltimore • Boston • Chicago • Dallas • Denver • Garden City • Houston • Las Vegas • London • Los Angeles • Louisville • McLean
Miami • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • West Palm Beach • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris

www.wilsonelser.com

FILED UNDER SEAL

September 12, 2012

**BY FACSIMILE (718) 613-2236**

The Honorable Brian M. Cogan
United States District Judge for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11202

Re:   United States v. John Doe, 98 CR 1101

Dear Judge Cogan:

I am writing to seek clarification regarding a procedural issue in the above-referenced matter.

On September 7, 2012, John Doe submitted a letter brief as a "supplement" to his application for an Order to Show Cause filed on February 10, 2012. The letter alleges further contemptuous conduct on the part of "Richard Roe" and Richard E. Lerner, Esq.

We seek clarification as to whether this Court will consider the September 7 letter in deciding the application for an Order to Show Cause. If so, we respectfully request permission to file a brief in response to the September 7 letter on behalf of Richard E. Lerner, Esq.

This letter is not being filed as an ECF letter, as required by your Honor's Individual Practices. The reason is that the entire docket, as the Court is aware, remains under seal with the exception of the docket sheet. Accordingly, we ask that this letter be filed under seal.

Very truly yours,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Coleen Friel Middleton

CFM/bjm

cc: Todd Kaminsky, Esq.
    Frederick M. Oberlander
    Nader Mobargha, Esq.

5196934v.1

```
*************** -COMM. JOURNAL- ******************** DATE SEP-11-2012 ***** TIME 17:24 ********

        MODE = MEMORY TRANSMISSION              START=SEP-11 17:23    END=SEP-11 17:24

            FILE NO.=757
                                                                   PAGES      DURATION
STN    COMM.      STATION NAME/EMAIL ADDRESS/TELEPHONE NO.
NO.
                                                                    002       00:00:55
001    OK         ₫916467553599


                                                       -U.S. DISTRICT COURT    -

***** UF-7200 ********************* -          - ***** -        718 613 2196- *********
```

---

Case 1:12-mc-00557-BMC   Document 45   Filed 09/11/12   Page 1 of 1 PageID #: 592

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
JOHN DOE,

                 Petitioner,   :  **AMENDED ORDER**

        - against -            :  12-mc-0557 (BMC)

RICHARD ROE, et al.,

                 Respondents.
------------------------------------------------------X

       On August 22, 2012, a sealed miscellaneous docket bearing the number 12-mc-0557 was created for the civil contempt proceedings commenced by John Doe against Richard Roe and Richard Lerner. By Order dated September 4, 2012, the docket sheet and all documents filed within were opened up solely to case participants. Any objection to the unsealing of the docket sheet shall be filed with the Court via ECF, under the above docket number, by September 18, 2012. The objection or objections, if any, shall describe what information should remained sealed, and why such sealing complies with the dictates of Hartford Courant Co. v. Pellegrino, 380 F.3d 83 (2d Cir. 2004).

**SO ORDERED.**

                                 s/ BMC
                                U.S.D.J.

Dated: Brooklyn, New York
       September 11, 2012