

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EJK:EMN
F.#1998R01996

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 20, 2012

By Hand

To Be Filed Under Seal

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

HON. RECEIVED
Brian M. Co——
MAR 20 2012

Re:  United States v. John Doe
     Criminal Docket No. 98-1101 (ILG)

Dear Judge Cogan:

The government respectfully writes with respect to the Court's referral of a possible criminal contempt investigation of Richard Roe and Richard Lerner to the United States Attorney's Office for the Eastern District of New York (the "Office"). The Office, in consultation with the Executive Office of United States Attorneys ("EOUSA"), has been recused from the criminal investigation referred by the Court. EOUSA is in the process of determining which United States Attorney's Office will handle that investigation.

Although the fact that the Court referred Messers. Roe and Lerner to this Office for a criminal investigation is public, the other facts discussed above are not. As a result, the government respectfully requests that this letter be filed under seal in order to protect the rights of Messers. Roe and Lerner. Cf. United States v. Graham, 257 F.3d 143, 154 (2d Cir. 2001)

(defendants' rights to a fair trial may overcome presumption of public access).

Respectfully submitted,

LORETTA E. LYNCH
United States Attorney

By: _____/s/_____
Todd Kaminsky
Elizabeth J. Kramer
Evan M. Norris
Assistant U.S. Attorneys
(718) 254-6367/6304/6376

cc: The Honorable I. Leo Glasser (by hand)
Counsel for John Doe (by facsimile)
Richard Roe, Esq. (by facsimile)
Coleen Friel Middleton, Esq. (by facsimile)