# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 East 42nd Street, New York, NY 10017
Tel: 212.490-3000   Fax: 212.490.3038

Albany • Baltimore • Boston • Chicago • Dallas • Denver • Garden City • Houston • Las Vegas • London • Los Angeles • Louisville • McLean
Miami • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • West Palm Beach • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Mexico City • Munich • Paris

www.wilsonelser.com

*FILED UNDER SEAL*

October 4, 2012

**BY FACSIMILE (718) 613-2236**
The Honorable Brian M. Cogan
United States District Judge for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11202

　　　Re:　United States v. John Doe, 98 CR 1101

Dear Judge Cogan:

　　　I am writing to seek clarification regarding a procedural issue in the above-referenced matter.

　　　On September 7, 2012, September 25, 2012 and September 27, 2012, John Doe filed letters with this Court as "supplements" to his application for an Order to Show Cause filed on February 10, 2012. The letters describe further alleged contemptuous conduct on the part of Richard E. Lerner, Esq. and/or Frederick M. Oberlander, and ask this Court to add the law firm of Wilson Elser as a party with regard to the civil contempt motion.

　　　We seek clarification as to whether this Court will consider these letters in deciding the application for an Order to Show Cause. If so, we respectfully request permission to respond to these submissions.

　　　This letter is not being filed as an ECF letter, as required by your Honor's Individual Practices. The reason is that the documents in this case, as the Court is aware, remain under seal. Accordingly, we ask that this letter be filed under seal.

Very truly yours,

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

*Coleen Friel Middleton*

Coleen Friel Middleton

5227930v.1

cc: Evan Norris, Esq. (by e-mail)
Frederick M. Oberlander (by e-mail)
Nader Mobargha, Esq. (by e-mail)

5227930v.1