UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
UNITED STATES et al.,                                    98 CR 1101

      Plaintiff in Origin,

          **ORDER ENLARGING TIME TO MOVE FOR OR REQUEST RELIEF**

   -against-

FREDERICK M. OBERLANDER et al.,                          **FRCP 4, 6**

      Respondents
-----------------------------------------------------------------------X

## ORDER

  *It is ordered*, good cause having been shown, that Mr. Oberlander's time to move for or otherwise make any request for relief from this court's order of August 16, 2012, granting Wilson Elser leave to permissively withdraw, whether denominated a motion for reconsideration under Local Rule 6.3 or otherwise, shall be made on or before September 14, 2012.

              By: _____
                 Brian Cogan
                 United States District Judge