# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 East 42nd Street, New York, NY 10017-5639
Tel: 212.490.3000   Fax: 212.490.3038

*Albany ● Baltimore ● Boston ● Chicago ● Dallas ● Denver ● Garden City ● Houston ● Las Vegas ● London ● Los Angeles ● Louisville ● McLean
Miami ● New Jersey ● New York ● Orlando ● Philadelphia ● San Diego ● San Francisco ● Stamford ● Washington, DC ● West Palm Beach ● White Plains
Affiliates: Berlin ● Cologne ● Frankfurt ● Mexico City ● Munich ● Paris*

—

**www.wilsonelser.com**

August 29, 2012

**VIA ECF**

Hon. I. Leo Glasser
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    In the Matter of the Motion to Unseal Docket No. 98-1101
             Eastern District Docket No. 12 MC 150 (ILG)

Dear Judge Glasser:

      I am writing to request that the docket in this matter be corrected to reflect that I am counsel of record for Frederick Oberlander.

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

/s/

Richard E. Lerner

cc:    To Counsel (via ECF)

        Linda Strauss (by mail)
        25 Anchorage Road
        Port Washington, NY 11050

Case 1:18-mc-00015-KMW Document 742 Filed 08/29/22 Page 1 of 1 PageID #: 1426

5181177v.1