UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES | 98-CR-1101 |
| V. | **REQUEST FOR ENLARGEMENT**<br>FRCP 4, 6 |
| FELIX SATER | |

I, Frederick M. Oberlander, notice the court that due to law office failure, specifically communication difficulty in receiving Mr. Lerner's affidavit in support of motion for consideration, which is not downloading properly, filing of the motion for consideration be accepted though made shortly after midnight this evening. Clearly there can be no prejudice.

Respectfully submitted,

/s/ Frederick M. Oberlander
September 14, 2012