| EXH. | DESCRIPTION AND SIGNIFICANT BATES NUMBERS |
|---|---|
| A | 3500 letter from AUSA Pitofsky to def. Ray accompanying turnover of tapes of conversations involving Felix Sater, stating the government will call Sater as a cooperating witness, and the government had previously provided materials relating to "another cooperating witness, Salvatore Lauria," *U.S. v. Coppa*, 00-CR-00196 EDNY (Glasser, J.) (filed Nov. 21, 2001). **000002** |
| B | Letter from defendant Lev to AUSA Corngold requesting production of *Brady* and *Giglio* material re Felix Sater and Gennady Klotsman, *Coppa*, (Oct. 10, 2000). **000004** |
| C | Memorandum of defendant Lev in support, motion for *Brady* and *Giglio* material re government cooperating witnesses Felix Sater and Gennady Klotsman, *Coppa* (filed Nov. 16, 2000). **000006** |
| D | Letter request from defendant Lev requesting sealing of entire case file of *U.S. v. Lev* component of *Coppa*, order granted by this court's endorsement with no notice to public, no opportunity to be heard, no record findings, *Coppa*, (filed Feb. 20, 2002). **000017** |
| E | Letter from defendant Lev objecting to statement in his PSR that his guilty plea was reason Sater was not called as witness, noting Sater "was a witness against many other defendants who ultimately pled guilty," Coppa, (filed Jan. 18, 2002). **000018** |
| F | PSR of def. Salaman containing presumably same statement, Sater did not testify against Lev because of Lev's plea, same presumably in all *Coppa* defs.' PSRs, *Coppa* (Jan. 11, 2002). **000035** |
| G | Various letters from AUSA's and others to court, progress reports re the status of victim identification and losses and interim lists of known victims, approx. June 2002, *Coppa*. **000075** |
| H | Transcript of Feb. 2, 2001 open court hearing, *Coppa* co-defs. and counsels, including Persico, present, re "Mr. Felix Sater, an unindicted co-conspirator and cooperator with the government, an individual who is going to testify…" discussed in presence of this court and AUSA Corngold, latter confirming this description of Sater *sub silentio*; note this was ECF filed in 2004 Ex. 1-3 in Ray §2255 action 04-CV-00013 (Glasser, J.), publicly available on PACER since. **000127-000130** |
| I | This court's order in 04-CV-00013, stating it has read Ray's submissions, thus is the court's own admission of its prior knowledge of Exh. H and its ECF provenance (filed Feb. 19, 2004). **000131** |
| J | AUSA Corngold's government witness list for *U.S. v. Persico*, noting Felix Sater, *Coppa*. **000733** |
| K | Document 546, *Coppa*, re sealing Palagonia resentencing transcript (filed Mar. 25, 2011). **000136** |
| L | Entry 71, 12-MC-150, re court's refusal to docket contempt events (filed Oct. 17, 2012). **000734** |
| M | Order, 12-MC-557, this court controls "unsealing" contempt events (filed Oct. 18, 2012). **000735** |
| N | Order, 10-CV-3959, directing upload of redacted RICO complaint (filed May 14, 2010). **000736** |
| O | Abatement of above, terminable at will at the discretion of counsel (May 18, 2010). **000739** |
| P | House of Rep. Comm. Rep. 107-769, *Fairness in Sentencing Act* (Sep. 13, 2000). **000168** |
| Q | House of Rep., Hearing Before the Subcommittee on Finance, *Organized Crime on Wall Street*, No. 106-156 (Sep. 13, 2000) press release **000646**, and descr. of NASD CPAG, **000706-000711** |