UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
IN RE MOTION FOR CIVIL CONTEMPT BY JOHN :
DOE                                   :   Case No. 12 mc 557 (BMC)
                                      :
                                      :   FILED UNDER SEAL
                                      :
                                      :
------------------------------------- X

      **SIMON MILLER**, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury, as follows:

      1.    I am a Partner at Blank Rome, LLP, attorneys for non-party Frederick Oberlander ("Oberlander") in connection to the above captioned matter. I respectfully submit this declaration in opposition to the motion of John Doe (n/k/a Felix Sater)("Movant") to hold Oberlander in civil contempt pursuant to 18 U.S.C. § 401, to impose sanctions against Oberlander pursuant to Fed. R. Civ. Pro. 11, and requesting certain other relief.

      2.    Attached hereto as Exhibit A is a copy of the May 29, 2014 Order of the Honorable Magistrate Judge Frank Maas.

      3.    Attached hereto as Exhibit B is a copy of the August 11, 2011 letter from Nader Mobargha to the Honorable District Court Judge Naomi R. Buchwald.

      4.    Attached hereto as Exhibit C is a copy of the December 17, 2007 New York Times article entitled "Real Estate Executive With Hand in Trump Projects Rose From Tangled Past."

      5.    Attached hereto as Exhibit D is a copy of the publicly available docket for Richard Roe, et al. v. United States, et al., No. 12-112

6.      Attached hereto as Exhibit E is a copy of Richard Roe's motion to file a petition with the United States Supreme Court under seal and a redacted petition on the Court's public docket.

Dated: New York, New York
      June 23, 2015

**SIMON MILLER**