Search - Supreme Court of the United States
Case 2:10-cv-00706-BMC Document 109-4 Filed 06/23/15 Page 1 of 4 PageID #: 2059
Page 1 of 4



Visiting the Court | Touring the Building | Exhibitions

Search: ⦿ All Documents ◯ Docket

**Advanced Search**

Enter Search Text: [          ]    Search | Help

**Home | Search Results**

| | |
|---|---|
| No. 12-112 | |
| Title: | Richard Roe, et al., Petitioners<br>v.<br>United States, et al. |
| Docketed: | July 26, 2012 |
| Linked with 11A861 | |
| Lower Ct: | United States Court of Appeals for the Second Circuit |
| Case Nos.: | (10-2905-cr, 11-479-cr, 11-1408-cr, 11-1411-cr, 11-1666-cr, 11-1906-cr, 11-2425-cr) |
| Decision Date: | June 29, 2011 |
| Rehearing Denied: | December 12, 2011 |

~~~Date~~~ ~~~~~~~Proceedings and Orders~~~~~~~~~~~~~~~~~~~~~

| | |
|---|---|
| Mar 1 2012 | Application (11A861) to extend the time to file a petition for a writ of certiorari from March 11, 2012 to May 10, 2012, submitted to Justice Ginsburg (under seal). |
| Mar 9 2012 | Application (11A861) granted by Justice Ginsburg extending the time to file until May 10, 2012. |
| May 10 2012 | Motion (11M122) for leave to file a petition for a writ of certiorari under seal with redacted copies for the public record filed. |
| May 10 2012 | Petition for a writ of certiorari filed. (Response due August 27, 2012) |
| Jun 5 2012 | MOTION (11M122) DISTRIBUTED for Conference of June 21, 2012. |
| Jun 25 2012 | The motion (11M122) for leave to file a petition for a writ of certiorari under seal with redacted copies for the public record is granted on condition that petitioners provide a redacted motion and petition that remove any appended item containing a party☐s true name and any reference to such item within 30 days. |
| Jul 13 2012 | Petitioners complied with order of June 25, 2012. |
| Aug 1 2012 | Waiver of right of respondent United States to respond filed. |
| Aug 27 2012 | Brief amicus curiae of The Reporters Committee for Freedom of the Press filed. |
| Aug 27 2012 | Brief amicus curiae of The National Organization for Victim Assistance filed. |
| Sep 12 2012 | DISTRIBUTED for Conference of October 5, 2012. |
| Sep 14 2012 | Motion for leave to file supplemental brief under seal filed by petitioner Richard Roe. (Distributed) |
| Sep 20 2012 | Response Requested . (Due October 22, 2012) |
| Oct 15 2012 | Order extending time to file response to petition to and including November 21, 2012, for all respondents. |
| Nov 9 2012 | Order further extending time to file response to petition to and including January 10, 2013. |
| Jan 7 2013 | Order further extending time to file response to petition to and including February 21, 2013. |

| | |
|---|---|
| Feb 21 2013 | Motion for leave to file brief in opposition under seal with redacted copies for the public record filed by respondent United States. |
| Feb 21 2013 | Redacted Brief of respondent United States in opposition filed. |
| Feb 21 2013 | Motion for leave to file brief in opposition under seal filed by respondent John Doe. |
| Mar 5 2013 | Reply of petitioners Richard Roe, et al. filed. (Distributed) |
| Mar 6 2013 | DISTRIBUTED for Conference of March 22, 2013. |
| Mar 19 2013 | Letter of March 19, 2013, from Solicitor General received. (Distributed). |
| Mar 25 2013 | Motion for leave to file supplemental brief under seal GRANTED. |
| Mar 25 2013 | Motion for leave to file brief in opposition under seal GRANTED. |
| Mar 25 2013 | Motion for leave to file brief in opposition under seal with redacted copies for the public record GRANTED. |
| Mar 25 2013 | Petition DENIED. |
| Apr 19 2013 | Motion for leave to file a petition for rehearing under seal with redacted copies for the public record filed by petitioners. |
| Apr 19 2013 | Petition for Rehearing filed. |
| Jun 4 2013 | Motion DISTRIBUTED for Conference of June 20, 2013. |
| Jun 24 2013 | Motion for leave to file a petition for rehearing under seal with redacted copies for the public record GRANTED. |
| Jun 24 2013 | Rehearing DENIED. |

| ~~Name~~ | ~~Address~~ | ~~Phone~~ |
|---|---|---|
| **Attorneys for Petitioners:** | | |
| Richard E. Lerner<br>  Counsel of Record | Attorney at Law<br>255 West 36th Street, Suite 401<br>New York, NY 10018<br>richardlerner@msn.com | (917) 584-4864 |
| Party name: Richard Roe, et al. | | |
| **Attorneys for Respondents:** | | |
| Joshua D. Liston<br>  Counsel of Record | Beys, Stein & Mobargha LLP<br>405 Lexington Avenue, 7th Floor<br>New York, NY 10174<br>jliston@beysstein.com | (646) 755-3601 |
| Party name: John Doe | | |
| Donald B. Verrilli Jr.<br>  Counsel of Record | Solicitor General<br>United States Department of Justice | (202) 514-2217 |

|  | 950 Pennsylvania Avenue, N.W.<br>Washington, DC 20530-0001<br>SupremeCtBriefs@USDOJ.gov |  |
|---|---|---|
| Party name: United States |  |  |
| Michael Beys | Beys, Stein & Mobargha LLP<br>The Chrysler Building<br>405 Lexington Avenue, 7th Floor<br>New York, NY 10174 | (212) 387-8200 |
| Party name: John Doe |  |  |

**Other:**

| Paul G. Cassell | Professor<br>Appellate Legal Clinic<br>S.J. Quinney College of Law University of Utah<br>332 S. 1400 E., Rm. 101<br>Salt Lake City, UT 84112-0730<br>cassellp@law.utah.edu | (801) 201-8271 |
|---|---|---|
| Party name: National Organization for Victim Assistance |  |  |
| Gregg P. Leslie | The Reporters Committee for Freedom of the Press<br>1101 Wilson Blvd., Ste.110<br>Arlington, VA 22209-2100<br>gleslie@rcfp.org | (703) 807-2100 |
| Party name: The Reporters Committee for Freedom of the Press |  |  |

June 23, 2015 | Version 2014.1
**Home | Help | Site Map | Contact Us | About Us | FAQ | Jobs | Links | Building Regulations
Website Policies and Notices | Privacy Policy | USA.GOV**

## Supreme Court of the United States