## SIMON & PARTNERS LLP

### THE FRENCH BUILDING
551 FIFTH AVENUE
NEW YORK, NEW YORK 10176
www.simonlawyers.com

TEL: (212) 332-8900

BRADLEY D. SIMON
KENNETH C. MURPHY

J. EVAN SHAPIRO
ADAM BIRD-RIDNELL
ROBERT GENDELMAN

COUNSEL
PAMELA B. STUART
NEAL M. SHER
GENEVIEVE SROUSSI
STEPHENIE L. BROWN
HARRIET TAMEN

FAX: (212) 332-8909

NEW YORK
WASHINGTON, D.C.

May 3, 2016

**By ECF**

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: 12-MC-557 (BMC)

Dear Judge Cogan:

We represent Jody Kriss, Respondent to the Order to Show Cause filed by John Doe, Movant in the above-referenced matter. As you may recall on January 8, 2016, the Court issued a Memorandum and Order (ECF Docket No. 152) concluding that:

> [Movant John] Doe has provided no evidence or legal support for his theory of [Respondent Jody] Kriss [acting in] contempt of Court Orders, and he shall not expend this court[']s or the USAO[']s resources to further his fishing expedition. Doe[']s 122 and 146 motions are DENIED.

Last week, counsel for John Doe in the above-referenced matter, representing a co-defendant of John Doe's from the 1998 criminal case before Judge Glasser, Salvatore Lauria, submitted an affidavit to the Appellate Division, First Department, Supreme Court of New York, stating that before Your Honor, "civil and criminal contempt proceedings have commenced against Kriss… [that] are still in the early stages." (*See* Affidavit of Michael P. Beys in Support of Plaintiff-Appellant's Motion for a Stay Pending Appeal Under CPLR 5519(c) dated April 28, 2016, annexed as Exhibit 1 hereto, ¶ 11.) Beys further states with regard to the matter before Your Honor: "Whether to refer Jody Kriss for criminal investigation, for his role in the illegal dissemination of judicially-sealed documents and information about Lauria and others, is currently under review." (Id.) Beys submitted the affidavit in connection with an appeal from an order issued by Supreme Court Justice Geoffrey D. S. Wright, New York Co., in a case filed by Lauria against Mr. Kriss – *Lauria v. Kriss,* Index No. 152324/2014 (Sup. Ct. New York Co.).

SIMON & PARTNERS LLP

Hon. Brian M. Cogan
May 3, 2016
Page 2

In *Lauria v. Kriss*, Lauria alleges *inter alia* that Mr. Kriss disseminated sealed documents concerning John Doe's criminal case that endangered the lives of Lauria and his family members. Lauria has not served a single discovery request during the two years since it was filed in March 2014. (Notably, the allegations of Lauria's complaint managed to appear in the "Page Six" section of the New York Post on the very day it was filed.) In October 2015, Lauria moved to stay the case he had filed 18 months earlier, relying heavily on the fact that John Doe had initiated contempt proceedings against Mr. Kriss in the contempt proceeding before Your Honor. Lauria argued that the proceedings against Mr. Kriss before Your Honor overlapped with Lauria's factual allegations concerning's Mr. Kriss' purported dissemination of sealed documents relating to the 1998 criminal matter before Judge Glasser.

On February 23, 2016, Justice Wright denied Lauria's motion for a stay. Justice Wright noted the fact that Lauria had failed to provide the Court with any document establishing an identity of parties and causes of action between the case before him, on the one hand, and the proceedings before Your Honor, on the other. In April, Lauria filed a Notice of Appeal from Justice Wright's denial, and last week filed a motion with the First Department seeking a stay pending his appeal from the denial. Mr. Kriss' response to that motion must be filed and served no later than May 17, 2016.

We believe it critical for the First Department to understand that there is no ongoing discovery or adjudication in the proceedings before Your Honor that will overlap with Lauria's claims in his Supreme Court action. This is particularly the case as Beys has represented to the First Department that there are contempt proceedings against Mr. Kriss in their "early stages" before Your Honor. Accordingly, we respectfully request the Court's permission to file the Court's January 8, 2016 Memorandum & Order (ECF No. 152) *under seal* as an exhibit to Mr. Kriss' papers opposing Lauria's stay motion in the First Department.

Mr. Kriss believes that the Court's January 8, 2016 decision concerning John Doe's motions seeking contempt orders against him should be unsealed and made public. We therefore intend to file a submission in connection with the motions of Robert Vodicka and the Associated Press (ECF Nos. 156 and 164) requesting the same.

The Court's attention to this request is appreciated.

Respectfully submitted,

_____/s/_____
Bradley D. Simon
Simon & Partners LLP
*Attorney for Respondent*
*Jody L. Kriss*