IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

_____

IN RE MOTION FOR CIVIL CONTEMPT
BY JOHN DOE

**TO BE FILED UNDER SEAL**

12-mc-0557 (BMC)

_____

## SEALING ORDER

IT IS HEREBY ORDERED that the Government's Sealing Application is GRANTED

and the following documents are to be filed under seal:

1.      the Government's Statement, dated May 5, 2016, submitted *ex parte*, and in

support of its request to continue sealing of Docket Nos. 39, 76, 78, 84, 85, and

87;

2.      the Government's proposed Sealed Order, submitted therewith; and

3.      this related Sealing Order.


Dated: May ____, 2016                    _____
                                         The Honorable Brian M. Cogan
                                         United States District Judge