BEYS LISTON MOBARGHA & BERLAND LLP
Michael P. Beys

May 9, 2016

**VIA ECF**

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:     *In Re Motion For Civil Contempt By John Doe*, 12 MC 557 (BMC)

Dear Judge Cogan:

We represent movant Felix Sater in the above-captioned matter and also represent Plaintiff Salvatore Lauria in a related case captioned *Salvatore Lauria v. Jody Kriss*, 152324/2014 (the "Lauria Action") in New York Supreme Court. We write in response to Bradley Simon's letter of May 3, 2016 (ECF No. 170) regarding the affidavit of undersigned counsel, dated April 28, 2016, (the "Beys Affidavit") in the Lauria Action.

Specifically, my firm caused the Beys Affidavit to be filed with the First Department on April 29, 2016, as part of Plaintiff's motion for a stay pending appeal of the Lauria Action. The Beys Affidavit, which was obviously drafted in November 2015, was supposed to be updated before my signing it. For example, the affidavit states, "the motion was granted yesterday, November 16, 2015." (*See* ECF No. 170, Ex. 1, ¶ 10 (emphasis added)). Due to a clerical error, I was presented with an outdated version of the Beys Affidavit, signed it, and the inaccurate version was filed on April 29, 2016.

Having been alerted to the inaccuracies in the affidavit, we will work diligently to withdraw it and file an updated, accurate version.

Beyond that, the Court should ignore Mr. Simon's shamelessly opportunistic use of an outdated affidavit in a separate matter to complain about delays in that other matter. As this Court is keenly aware, it is Mr. Simon's client, Jody Kriss, who through his current and prior counsel, has dragged out seemingly endless litigation for over six years, using improper tactics which numerous courts have found to be intentionally vexatious and sanctionable, and causing millions of dollars in legal fees to be incurred by the victims of such improper litigation tactics.

Page 2 of 2

Respectfully Submitted,

/s/ Michael P. Beys

_____
Michael P. Beys, Esq.
*Counsel for Felix Sater*

cc.     All Counsel Of Record (via ECF)