

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EN:GKS
F. #1998R01996

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 10, 2016

<u>By ECF</u>

The Honorable Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   In re Motion for Civil Contempt by John Doe
> <u>Miscellaneous Docket No. 12-557 (BMC)</u>

Dear Judge Cogan:

  The government respectfully submits the attached proposed limited unsealing order permitting the Clerk of Court to grant the case participants access to Dkt. Nos. 55, 56, 57, 58, 59, 97, 98, 104, 109, 122-11, 142, 145, 148 and 149.  These documents were identified in the government's April 25, 2016 submission as being inaccessible.  They were also identified on the record at the May 10, 2016 conference as inaccessible by counsel for movant Felix Sater.

        Respectfully submitted,

        ROBERT L. CAPERS
        United States Attorney

    By:   /s/
        Evan M. Norris
        G. Karthik Srinivasan
        Assistant U.S. Attorneys
        (718) 254-7000

Encl.

cc:  Clerk of Court (BMC) (by ECF)
   All counsel of record (by ECF)