

The Chrysler Building
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800    Fax: 212.554.7700
www.mosessinger.com

Robert S. Wolf
Direct: 212.554.7825  Fax: 917.206.7784
rwolf@mosessinger.com

May 10, 2016

**VIA ECF**

Hon. Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  *In Re Motion for Civil Contempt by John Doe*, 12 Misc. 557 (BMC)

Dear Judge Cogan:

We represent movant Felix Sater in the above-captioned matter.  We write in accordance with the Court's directive at today's hearing.  Specifically, Document No.'s 7, 7-2 and 47 were amongst the 38 documents which were ordered to remain sealed.   Document No.'s, 97-6, 97-12, and 97-20, respectively are identical duplicate filings of 7, 7-2 and 47.  As previously indicated, the Government has not taken a position with regard to Document No. 97 or its attachments, as it does not presently have access to that docket entry.

For these reasons, in accordance with today's order, Document No's 97-6, 97-12 and 97-20 should also remain sealed.

The Court's immediate attention and consideration is greatly appreciated.

Respectfully,

_____/S/_____

Robert S. Wolf