## SUPPLEMENTAL ATTACHMENT

The government has categorized the documents as follows:

- **Seal**. In conformity with Judge Glasser's sealing analysis, as affirmed by the Second Circuit, these documents should be kept under seal. These documents include the PSR, documents discussing the contents of the PSR and documents discussing the details of Sater's cooperation with the government. These documents also include materials sealed by the Second Circuit or another court in related litigation.

- **Redact**. These documents should be unsealed, but with specific pages or exhibits redacted for the reasons set forth above.

- **Unseal**. In the government's view, these documents should be unsealed either because there is no compelling reason to keep them under seal or because they have been otherwise unsealed in another action or docket.

- **No Position**. The government takes no position as to whether these documents should be kept under seal because these documents do not implicate its significant, but specific, interests in this action.

| Dkt. No. | Government's Position | Redact Pages | Reason for Sealing or Redaction |
|---|---|---|---|
| 55 | No Position | | |
| 56 | No Position | | |
| 57 | No Position | | |
| 58 | No Position | | |
| 59 | No Position | | |
| 97 | No Position | | |
| 97-1 | Redact | (1) P. 3, ¶¶ 6-8<br><br>(2) P. 5, ¶ 13 | (1) Refers to and Discusses Contents of Sealed Documents: Dkt. Nos. 23-26<br><br>(2) Sealed by Court |

| Dkt. No. | Government's Position | Redact Pages | Reason for Sealing or Redaction |
|---|---|---|---|
| | | P.6-7, ¶ 18 ("(c) . . ." P. 8, ¶ 22 | of Appeals |
| | | (3) P. 9, ¶ 25-26 | (3) Refers to and Discusses Contents of Sealed Document: Dkt. No. 91-5 |
| | | (4) P. 13, ¶ 38 | (4) Discusses Cooperation |
| | | (5) P. 10-12, ¶¶29-33 | (5) Refers to and Discusses Contents of Sealed Document: Dkt. No. 47 |
| 97-2 | Unseal | | |
| 97-3 | Unseal | | |
| 97-4 | Unseal | | |
| 97-7 | No Position | | |
| 97-8 | No Position | | |
| 97-9 | Unseal | | |
| 97-11 | No Position | | |
| 97-13 | Unseal | | |
| 97-14 | Unseal | | |
| 97-15 | Unseal | | |

| Dkt. No. | Government's Position | Redact Pages | Reason for Sealing or Redaction |
|---|---|---|---|
| 97-16 | No Position | | |
| 97-17 | No Position | | |
| 97-18 | No Position | | |
| 97-19 | No Position | | |
| 97-21 | No Position | | |
| 97-22 | No Position | | |
| 97-23 | No Position | | |
| 97-24 | No Position | | |
| 97-25 | No Position | | |
| 97-26 | No Position | | |
| 98 | No Position | | |
| 104 | No Position | | |
| 109 | No Position | | |
| 109-1 | Unseal | | |
| 109-2 | No Position | | |
| 109-3 | No Position | | |
| 109-4 | No Position | | |
| 109-5 | Seal | | Discusses Contents of PSR, Sealed in Related Proceedings |
| 142 | No Position | | |

4

| Dkt. No. | Government's Position | Redact Pages | Reason for Sealing or Redaction |
|---|---|---|---|
| 142-1 | No Position | | |
| 145 | No Position | | |
| 148 | No Position | | |
| 149 | No Position | | |
| 149-1 | No Position | | |
| 149-2 | No Position | | |