

The Chrysler Building
405 Lexington Avenue, NY, NY 10174-1299
Tel: 212.554.7800   Fax: 212.554.7700
www.mosessinger.com

Robert S. Wolf
Direct: 212.554.7825
rwolf@mosessinger.com

May 12, 2016

**VIA ECF**

Hon. Brian M. Cogan
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** *In Re Motion for Civil Contempt by John Doe*, **12 Misc. 557 (BMC)**

Dear Judge Cogan,

We represent movant Felix Sater in the above-captioned matter. We write in accordance with the Court's Minute Entry and Order (the "Order") dated May 11, 2016, to state our position with regard to the docket entries that were made available to case participants by that Order.

We request that Document No. 97-1 be redacted in accordance with the chart submitted by the United States Attorney's Office for the Eastern District of New York (Dkt. No. 181-1), as it refers to and discusses the contents of sealed documents.

We request that Document No. 109-5 remain sealed, as it refers to and discusses the contents of Mr. Sater's Pre-Sentence Investigation Report, and is sealed in related proceedings.

The Court has already indicated in the Order that Document No.'s 97-5, 97-6, 97-10, 97-12, 97-20, 142-2 and 145-1, which were made available to case participants by the Order, and Document No. 122-11, which was made available to the Government by the Order, are to remain sealed. We agree with the Court's ruling in this regard.

The Court's attention and consideration are greatly appreciated.

Respectfully,

/S/
Robert S. Wolf