May 9, 2016

Federal Judge Brian Cogan
Eastern District of N.Y.
N.Y. N.Y.

VIA FAX 718-613-2236

RECEIVED
HON. Brian M. Cogan
MAY 11 2016

DOCKET & FILE
12-mc-557 and 16-mc-706

Re: Bayrock Unsealing & Statement for Record

Dear Judge Cogan:

I sincerely hope you will read this *and* make it part of the record. I am unable to attend today. The date of this hearing today posed a difficult conflict for me to even ask to appear by telephone. Thirty two years ago I was "bashed" and it broke my jaw and altered my two front lower teeth. They "bonded" the crooked tooth and something else on the front one.

Well, that bonding has chipped off — exposing the inner tooth with no enamel. The two hour dentist appointment has been set for approx. 4 months.

You need to know how I came to this party of N.Y. lawyers.

I was defrauded in a real estate Ponzi scheme — arguably planned by two of the Most Wanted FBI fugitives Victor & Natalie Wolf. They were the subject of CNBC American Greed — "From Russia with Lies." The Sky Development Group included *two* Bayrock employees/associates: Gennady Borokhovich

a/k/a Gennegy Doraborakhwich + Archana Sivzadasen. Wolf, Borokhaich, + Zentsley formed Sky Group of Texas — a dummy company, all but admitted as such by their own N.Y. lawyer Boris Serebro, another Russian Immigrant.

I had never heard of Felix Sater from 2007 — (approx.) beggining of 2012. I had however, learned of Bayrock from Mayor Turner's June 2011 deposition.

<u>FOUR YEARS AGO,</u> I worked closely peeling off the layers of Sky Development and Bayrock with the Miami Herald. At that time, and still to this day, have I ever been given what is supposedly sealed in N.Y. It was only the latter part of 2015 — constantly trying to update Bayrock, Sater + Arif, that the Israeli Complaint was made public online to anybody with access to the computer.

Four Years Ago, in 2012, I connected the dots that led back to Felix Sheferofsky a/k/a Felix Sater. It was from working closely with the Miami Herald that pieced this together

and was the foundation for the Horodell's story coming up on four years ago in 2012.

Since Sater himself apparently made this public information, the genie is out of the bottle. I would submit that Mr. Sater has waived his right to clawback the Israeli complaint.

The path to Bayrock from Texas is simple:

Mayor Turner — Gennady Borokhovich — Bayrock.

I have previously moved to Unseal the case of Sater's co-conspirator, Gennady Klotsman. Judge Gleeson held an approx. 8 minute hearing, agreed, the case was unsealed, and everybody moved on down the road.

I believe this is what you and/or Judge Glasser should do with Sater's Judgment. Clearly, the Judgment was faulty, as it violated the Crime Victims Act. Also, after reading the transcript, clearly the government misled Judge Glasser.

I find it difficult to believe the government told Judge Glasser he was signing off to let Mr. Sater go off the reservation with complete immunity from future crimes.

So, just like Judge Gleeson, or referees in a football game when a call is challenged, they make it right and move on down the road.

The unsealing of the Bayrock Complaint should help bring sunshine to light the true activities of Bayrock. I have not been copied on anything since I sent the package to the Pro Se department. (from the lawyers) So, another curious thing, is Bayrock's attorneys have not provided me notice of their filings, and, yes, if I were able to attend by phone, I would be at a clear disadvantage of surprise.

I provide you my phone just in case tommorrow unfolds different than I expect. 512-659-7636

Please read this into the record so all parties can have notice. Sincerely,

Brian Vuich