

*Phone:* (212) 885-5142
*Fax:* (917) 332-3774
*Email:* jchoffman@BlankRome.com

August 8, 2016

**VIA ECF & FEDERAL EXPRESS**

Honorable Judge Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Case No. 1:16-mc-00706-BMC

Dear Judge Cogan:

Please accept this letter motion in lieu of formal motion papers. I respectfully move the court to allow my withdrawal as counsel in this matter. Mr. Oberlander consents to my withdrawal and has asked me to inform the court that, at present, he will be pro se.

The matter has been adjourned *sine die* pending a resolution of the investigation by the US Attorney's Office for the Northern District of New York. I no longer represent Mr. Oberlander in that investigation. Since this matter is off the calendar for the foreseeable future, he will not be prejudiced by my withdrawal.

Thank you very much for your courtesy and consideration.

Very truly yours,

Jeffrey C. Hoffman

cc: Frederick Oberlander, Esq. (via email)
Michael C. Beys, Esq. (via email)
Nader Mobargha, Esq. (via email)
Robert S. Wolf, Esq. (via email)

The Chrysler Building  405 Lexington Avenue  New York, NY 10174-0208
www.BlankRome.com

144840.00601/103278361v.1
Boca Raton • Cincinnati • Houston • Los Angeles • New York • Philadelphia • Princeton • Shanghai • Washington • Wilmington